RECEIVED
MAR 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KELLY R. HARRELL, Petitioner | CIVIL ACTION NO. 1:18-CV-1582-P |
| VERSUS | JUDGE DEE D. DRELL |
| CHRIS MCCONNELL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the Objections filed, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Harrell's §2241 petition is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issues, and WITHOUT PREJUDICE as to the merits of Harrell's claim.

SIGNED at Alexandria, Louisiana, this 15 day of March 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE